PROB 12C
(6/16)

Report Date: January 25, 2018

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 29 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Anthony J. Mathias        Case Number: 0980 2:11CR00024-JLQ-1

Address of Offender:                         Omak, Washington 99155

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: October 7, 2011

| | | |
|---|---|---|
| Original Offense: | Ct. 1s: Burglary in Indian Country, 18 U.S.C. § 1153<br>Ct. 2ss: Possession of a Firearm During the Commission of a Crime of Violence, 18 U.S.C. § 924(c)(1)(A)(I) | |
| Original Sentence: | Prison - 66 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Rudy Verschoor | Date Supervision Commenced: December 10, 2015 |
| Defense Attorney: | Tracy Scott Collins | Date Supervision Expires: December 9, 2018 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

     **Supporting Evidence**: Mr. Mathias was convicted of possession of a controlled substance other than marijuana, on December 19, 2017, in Okanogan County Superior Court, Okanogan, Washington, cause number 17-1-00132-3. He was sentenced to 30 days incarceration with 12 months community custody to follow.

2    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

     **Supporting Evidence**: Mr. Mathias was convicted of driving while under the influence in Okanogan County District Court, Okanogan, Washington, case number Y17-00044. On January 11, 2018, he was sentenced to 364 days jail with 362 days suspended, 2 years probation, no violations for 2 years, chemical dependency evaluation, victims panel and a $2,236 fine.

Prob12C
Re: Mathias, Anthony J.
January 25, 2018
Page 2

| | | |
|---|---|---|
| 3 | | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |

**Supporting Evidence**: Mr. Mathias was convicted of possession of a controlled substance other than marijuana on December 19, 2017, as noted in violation 1, and was convicted of driving while under the influence on January 11, 2018, as noted in violation 2.

4           **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Mathias missed the following random urinalysis tests: November 8, 12, 16, and 27, 2017.

5           **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Mathias provided a random urinalysis sample to this officer on November 11, 2017, which was presumptive for Morphine and cocaine. The specimen was confirmed positive via laboratory analysis for Benzoylecgonine-Cocaine Metabolites and Extended Opiates on November 18, 2017.

Mr. Mathais provided a random urinalysis sample on November 17, 2017, that was presumptive positive for cocaine. He signed an admission form on November 17, 2017, confirming he used a prohibited controlled substance on or about November 14, 2017.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 25, 2018

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

Prob12C
Re: Mathias, Anthony J.
January 25, 2018
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_____1/29/18_____
Date