PROB 12C  
(6/16)

Report Date: May 4, 2018

# United States District Court

for the

## Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON  

MAY 07 2018  

SEAN F. McAVOY, CLERK  
_____ DEPUTY  
SPOKANE, WASHINGTON

Name of Offender: Anthony J. Mathias          Case Number: 0980 2:11CR00024-JLQ-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: October 7, 2011

| | |
|---|---|
| Original Offense: | Ct. 1: Burglary in Indian Country, 18 U.S.C. § 1153<br>Ct. 2: Possession of a Firearm During the Commission of a Crime of Violence, 18 U.S.C. § 924(c)(1)(A)(1) |
| Original Sentence: | Prison - 66 months      Type of Supervision: Supervised Release<br>TSR - 36 months |
| Asst. U.S. Attorney: | Patrick J. Cashman      Date Supervision Commenced: December 10, 2015 |
| Defense Attorney: | Federal Public Defender     Date Supervision Expires: December 9, 2018 |

## PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/25/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

      6        **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

               **Supporting Evidence**: Mr. Mathias met with a U.S. Probation officer in the Spokane office on Aril 18, 2018. At that time, Mr. Mathias provided a urine sample which tested positive. The U.S. Probation officer directed the offender to contact the undersigned officer the following day to discuss how to address the positive test. This officer finally spoke with Mr. Mathias on April 26, 2018.

               On May 2, 2018, this officer attempted to contact Mr. Mathias at his grandmother's home, as well as his mother's residence. They both indicated the offender was not staying with them and they last saw and spoke with him on or about May 1, 2018. They believed he was staying in Coulee Dam, Washington, but were unaware of where he was staying. His mother agreed to try and contact him and direct him to contact this officer. To date, this officer has not spoken with, or heard from, Mr. Mathias.

Prob12C
Re: Mathias, Anthony J.
May 4, 2018
Page 2

| | | |
|---|---|---|
| 7 | | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: On April 26, 2018, Mr. Mathias spoke with this officer and agreed he would go to Okanogan Behavioral Health Care (OBH) in Omak, Washington, complete a urine sample, and schedule an appointment to complete a substance abuse re-assessment. He provided the urine specimen on April 27, 2018, and he was directed to return to the facility the following Monday, Tuesday, or Wednesday to complete the re-assessment.

On May 4, 2018, this officer learned the offender failed to report to the facility to complete the re-assessment as directed.

8    **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Mathias provided a urine sample on April 18, 2018, which tested presumptive positive for cocaine. The offender admitted to using cocaine on or about April 16, 2018, and signed an admission form confirming his drug use.

9    **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: On May 2, 2018, this officer attempted to locate Mr. Mathias at his grandmother's home and at his mother's home in Nespelem, Washington, without success. They both believed he was staying in Coulee Dam, Washington, but did not know the address. This officer attempted to contact him through his cell phone and left a message directing him to contact the undersigned. To date, he has failed to contact this officer.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/25/2018, and that the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/04/2018

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

Prob12C
**Re: Mathias, Anthony J.**
May 4, 2018
Page 3

## THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

5/7/18
_____
Date