PROB 12C
(6/16)

Report Date: May 8, 2019

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**MAY 0 9 2019**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony J. Mathias     Case Number: 0980 2:11CR00024-JLQ-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: October 7, 2011

| | | |
|---|---|---|
| Original Offense: | Ct. 1: Burglary in Indian Country, 18 U.S.C. § 1153; Ct. 2: Possession of a Firearm During the Commission of a Crime of Violence, 18 U.S.C. § 924(c)(1)(A)(1) | |
| Original Sentence: | Prison - 66 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>06/15/2018 | Prison - 9 months<br>TSR - 24 months | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: February 13, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: February 12, 2021 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1      **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Mathias is alleged to have violated his conditions of supervised release by using methamphetamine and heroin on or about May 3, 2019.

On May 3, 2019, the undersigned officer spoke with Mr. Mathias via telephone, as he was scheduled to report to the probation office and provide a random urinalysis test. He was questioned if the urine sample would be negative for illicit drugs. Mr. Mathias informed the undersigned that his urine sample would be positive for heroin and methamphetamine. He later reported, and signed a substance abuse admission form, acknowledging his use of methamphetamine and heroin on or about May 3, 2019.

Prob12C
Re: Mathias, Anthony J.
May 8, 2019
Page 2

On February 14, 2019, Mr. Mathias signed his conditions of supervision acknowledging an understanding of his conditions of supervision, to include special condition number 3, prohibiting his use of illegal controlled substances.

2 **Special Condition # 4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Mathias is alleged to have violated his conditions of supervised release by consuming alcohol on or about May 3, 2019.

On May 3, 2019, Mr. Mathias reported to the probation office and admitted to consuming alcohol. He signed a substance abuse admission form admitting to his consumption of alcohol.

On February 14, 2019, Mr. Mathias signed his conditions of supervision acknowledging an understanding of his conditions of supervision, to include special condition number 4, prohibiting his use of alcohol.

3 **Special Condition # 2:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Mathias is to have alleged to violated special condition number 2 by failing to attend his drug and alcohol assessment at Pioneer Human Services (PHS) on May 7, 2019.

On April 4, 2019, Mr. Mathias met with the undersigned officer at the probation office. It was then he was reminded about his drug and alcohol evaluation scheduled for May 7, 2019, at PHS. On May 3, 2019, he was also reminded verbally and in writing to attend his drug and alcohol evaluation at PHS on May 7, 2019. On May 7, 2019, staff at PHS contacted the undersigned officer and was informed that Mr. Mathias was a no show for his drug and alcohol evaluation.

On February 14, 2019, Mr. Mathias signed his conditions of supervision acknowledging an understanding of his conditions of supervision, to include special condition number 2.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
Re: Mathias, Anthony J.
May 8, 2019
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/08/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

5/9/2019
Date