PROB 12C
(6/16)

Report Date: May 16, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 1 6 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony J. Mathias         Case Number: 0980 2:11CR00024-JLQ-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: October 7, 2011

Original Offense:    Ct 1. Burglary in Indian Country, 18 U.S.C. § 1153; Ct 2. Possession of a Firearm During the Commission of a Crime of Violence 18 U.S.C. § 924(c)(1)(A)(1)

Original Sentence:   Prison - 66 months              Type of Supervision: Supervised Release
                     TSR - 36 months

Revocation Sentence  Prison - 9 months
06/15/2018           TSR - 36 months

Asst. U.S. Attorney: Patrick J. Cashman           Date Supervision Commenced: February 13, 2019

Defense Attorney:    Federal Defender's Office    Date Supervision Expires: February 12, 2021

---

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/08/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Mr. Mathias is alleged to have failed to report to the probation office as directed on May 13, 14, and 15, 2019.

On May 3, 2019, Mr. Mathias reported to the probation office. He was given written and verbal instructions to report back to the probation office on May 13, 2019, and on that date he failed to report as directed. The undersigned officer contacted Mr. Mathias by telephone; he apologized for not reporting. He claimed he did not have transportation and told the undersigned officer he was in Nespelem, Washington. The undersigned officer directed him to report on May 14, 2019.

Prob12C
Re: Mathias, Anthony J.
May 16, 2019
Page 2

On May 14, 2019, Mr. Mathias failed to report as directed a second time. At 7:30 p.m. on May 14, 2019, he sent the undersigned officer a text message claiming he was back in Spokane, Washington, and questioned what he needed to do. The undersigned officer directed him to report to the probation office first thing in the morning on May 15, 2019, and he agreed to do so.

On May 15, 2019, Mr Mathias again failed to report to the probation office as directed. At approximately 6 p.m., the undersigned officer attempted to contact Mr. Mathias by phone and was unsuccessful. The call went straight to voice mail and the undersigned officer left him a message directing him to contact this officer immediately. There has been no response.

The undersigned officer contacted Mr. Mathias' girlfriend and also where Mr. Mathias has reported his address. The girlfriend told the undersigned officer that Mr. Mathias was believed to be in Nespelem, Washington, and she has not seen him since May 12, 2019.

On February 14, 2019, Mr. Mathias signed his conditions of supervision acknowledging an understanding of his conditions of supervision, to include standard condition number 2 to report as instructed..

| 5 | **Standard Condition # 5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of the change or expected change. |
|---|---|

**Supporting Evidence:** Mr. Mathias is alleged to have changed his living arrangements without notifying the undersigned officer.

On May 15, 2019, the undersigned officer spoke with Mr Mathias' girlfriend. She reported Mr. Mathias was in Nespelem, Washington, and she has not seen him since May 12, 2019. She claims he still lives at the home, but for the past couple of weeks when the undersigned has either spoke with Mr. Mathias or his girlfriend, Mr Mathias was in Nespelem, Washington.

On February 14, 2019, Mr. Mathias signed his conditions of supervision acknowledging an understanding of his conditions of supervision, to include standard condition number 5, requiring him to report a change in address.

Prob12C
**Re: Mathias, Anthony J.**
May 16, 2019
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **warrant.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/16/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

5/16/2019
Date