# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 20, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony J. Mathias     Case Number: 0980 2:11CR00024-JLQ-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: October 7, 2011

Original Offense: Ct. 1: Burglary in Indian Country, 18 U.S.C. § 1153; Ct. 2: Possession of a Firearm During the Commission of a Crime of Violence 18 U.S.C. § 924(c)(1)(A)(1)

Original Sentence: Prison - 66 months        Type of Supervision: Supervised Release
TSR - 36 months

Revocation Sentence    Prison - 9 months
06/15/2018             TSR 24 months

Asst. U.S. Attorney: Patrick J. Cashman       Date Supervision Commenced: February 13, 2019

Defense Attorney: Federal Defender's Office    Date Supervision Expires: February 12, 2021

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/08/2019 and 05/16/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 1**: You must not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On June 17, 2019, Mr. Mathias was arrested for 2nd degree criminal trespassing.<br><br>According to the police report, case number 2019-20111446, Spokane police responded to a report of a suspicious male in the backyard of a residence. A neighbor confronted the male, later identified as Mr. Mathias. When confronted by the neighbor, Mr. Mathias took off running and jumped over several fences to get away. Mr. Mathias was seen in the backyard of a residence, where the neighbors found tin foil on the ground with burn marks on it. The residence is completely fenced in and it is an obvious area that is off limits unless invited in. The homeowner of said residence where Mr. Mathias was found was not home at the time. |

Spokane Police searched the area looking for Mr. Mathias and located him a block away. He matched the description provided by the neighbor and was observed dropping items in the grass. Those items found were bits of tin foil.

Mr. Mathias was detained and the police report indicates Mr. Mathias "was very high." His eyes were droopy and he was having problems keeping his head up. He had a syringe in his pocket that he admitted was for heroin usage.

On February 14, 2019, Mr. Mathias signed his conditions of supervision acknowledging an understanding of his conditions of supervision, to include mandatory conditions number 2, informing him he is not to commit a federal, state, or local crime.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/19/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

6/20/19
Date