PROB 12C
(6/16)

Report Date: December 19, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 19, 2019**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony J. Mathias             Case Number: 0980 2:11CR00024-JLQ-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: October 7, 2011

Original Offense:        Burglary in Indian Country, 18 U.S.C. § 1153

| | | |
|---|---|---|
| Original Sentence: | Prison - 66 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(June 15, 2018) | Prison - 9 months<br>TSR - 36 months | |
| Revocation Sentence:<br>(July 17, 2019) | Prison - 6 months<br>TSR - 21 months | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: December 17, 2019 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: September 16, 2021 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 1**: You must report to the probation office in the federal judicial district where you are authorized to reside  within 72 hours of release of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence**: Mr. Mathias failed to report to the U.S. Probation Office as directed on December 19, 2019.<br><br>On July 17, 2019, Mr. Mathias appeared before the court for a supervised release revocation hearing.  His supervision was revoked at that time, and he was made aware to report to the U.S. Probation Office after release and to report as directed. |

Prob12C
Re: Mathias, Anthony J.
December 19, 2019
Page 2

On December 17, 2019, Mr. Mathias released from Bureau of Prisons (BOP) custody and was approved to release back to the residence of his girlfriend and mother of his children. A message was sent to Mr. Mathias' girlfriend on that same date directing Mr. Mathias to report on December 18, 2019, at 10 a.m. She had agreed to give him that message.

On December 18, 2019, the undersigned reached out to Mr. Mathias' girlfriend. The undersigned officer questioned the whereabouts of Mr. Mathias, and she reported she had not seen or heard from Mr. Mathias.

On December 19, 2019, another conversation was initiated with Mr. Mathias' girlfriend. She stated she had not seen Mr. Mathias, nor had he been to the residence. She indicated she contacted him through social media, and provided him with this officer's phone number and reporting instructions for December 19, 2019.

At this present time, Mr. Mathias has failed to report as directed or contact the undersigned officer after releasing from BOP custody. His whereabouts are unknown

2  **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you livr with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Mathias has failed to report and inform the undersigned officer of a change in residency since his release from custody on December 17, 2019.

Mr. Mathias released from BOP custody on December 17, 2019, and since his release has not stayed at his previously approved address nor has he contacted or reported to the probation office. His whereabouts are unknown and he has not informed the undersigned officer that he has changed his living arrangements.

As noted in violation number 1, Mr. Mathias' girlfriend has not seen or heard from Mr. Mathias since his release, nor has he been to the residence. His whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/19/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Mathias, Anthony J.**
**December 19, 2019**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_12/19/2019_____
Date