## United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: January 21, 2020

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| Name of Offender: | Anthony J. Mathias | Case Number: | 0980 2:11CR00024-JLQ-1 |

Address of Offender: ▒▒▒▒▒▒▒▒▒▒ Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: October 7, 2011

Original Offense: Burglary in Indian Country, 18 U.S.C. § 1153

Original Sentence: Prison - 66 months          Type of Supervision: Supervised Release
TSR - 36 months

Revocation Sentence       Prison - 9 months
(June 15, 2018)           TSR - 36 months

Revocation Sentence       Prison - 6 months
(July 17, 2019)           TSR - 21 months

Asst. U.S. Attorney: Patrick J. Cashman          Date Supervision Commenced: December 17, 2019

Defense Attorney: Federal Defenders Office       Date Supervision Expires: September 16, 2021

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/19/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Mathias is alleged to have committed a crime in violation of R.C.W. 9.94.041(2), Prisoner in Possession of Drugs in a Local Jail, on or about January 2, 2020.<br><br>On July 17, 2019, Mr. Mathias appeared before the Court for a supervised release revocation hearing and was made aware he is not to commit another federal, state or local crime.<br><br>According to the report, case number 2020-10000588, Mr. Mathias was strip searched by Spokane County Jail staff. A corrections officer observed a clear plastic baggie on Mr. Mathias' tongue, and after many verbal commands, he spit the baggie out onto the floor. In the baggie was a piece of suboxone, an 8 milligram strip, a schedule III controlled substance. |

The undersigned officer spoke with staff at the Spokane County Jail and there is currently a detainer on Mr. Mathias and he will not appear before the court on these charges until his U.S. Marshal hold is satisfied.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/21/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

01/22/2020
Date