Report Date: March 16, 2020

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 16, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony J. Mathias          Case Number: 0980 2:11CR00024-JLQ-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: October 7, 2011

| | | |
|---|---|---|
| Original Offense: | Burglary in Indian Country, 18 U.S.C. § 1153 | |
| Original Sentence: | Prison - 66 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>(June 15, 2018) | Prison - 9 months<br>TSR - 24 months | |
| Revocation Sentence<br>(July 17, 2019) | Prison - 6 months<br>TSR - 21 months | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: December 17, 2019 |
| Defense Attorney: | Matthew A. Campbell | Date Supervision Expires: September 16, 2021 |

## PETITIONING THE COURT

To issue a **Warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/19/2019 and 01/22/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Mathias aborted inpatient treatment at Spokane Addiction Recovery Center (SPARC) on March 13, 2020.<br><br>On February 3, 2020, Mr. Mathias appeared before the Court for a supervised release revocation hearing. He was ordered to participate in inpatient treatment and remain at the |

inpatient treatment facility until treatment was completed. On March 3, 2020, Mr. Mathias entered into inpatient treatment at SPARC.

On March 4, 2020, the undersigned officer spoke with staff at SPARC, who confirmed Mr. Mathias' arrival to participate in inpatient treatment.

At approximately 7:30 p.m., on March 13, 2020, the undersigned received a call from staff at SPARC. Staff advised that a random urinalysis test was requested from Mr. Mathias. He became agitated, refused to provide a urine sample, and aborted treatment. He did not return and was terminated from the program. His whereabouts are unknown at this time.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **warrant**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/16/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

3/16/2020
Date