PROB 12C
(6/16)

Report Date: April 15, 2020

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2020

SEAN F. McAVOY, CLERK

Name of Offender: Anthony J. Mathias        Case Number: 0980 2:11CR00024-JLQ-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: October 7, 2011

Original Offense:        Burglary in Indian Country, 18 U.S.C. § 1153

Original Sentence:       Prison - 66 months            Type of Supervision: Supervised Release
                         TSR - 36 months

Revocation Sentence      Prison - 9 months
(June 15, 2018)          TSR - 24 months

Revocation Sentence      Prison - 6 months
(July 17, 2019)          TSR - 21 months

Asst. U.S. Attorney:     Patrick J. Cashman            Date Supervision Commenced: December 17, 2019

Defense Attorney:        Andrea K. George              Date Supervision Expires: September 16, 2021

## PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/19/2019, 01/22/2020 and 03/16/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 5 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.<br><br>**Supporting Evidence**: Mr. Mathias failed to report a change of address with the undersigned officer since April 11, 2020.<br><br>On March 16, 2020, the conditions of supervision were reviewed with Mr. Mathias relative to case number 2:11CR00024-JLQ-1. He signed his judgment acknowledging an understanding of his conditions of supervised release. |

Prob12C
Re: Mathias, Anthony J.
April 15, 2020
Page 2

On April 7, 2020, the undersigned officer contacted Mr. Mathias' girlfriend in an attempt to make contact with him. She reported he had allegedly become ill and he was asked to go to his mother's house so he was not around their children. She indicated he had left that morning.

On April 9, 2020, the undersigned officer made contact with Mr. Mathias via telephone. He told me he would now be at his mother's house in Nespelem, Washington. He was reminded to inform the undersigned officer immediately if his living situation changes.

Since April 13, 2020, the undersigned officer has attempted numerous times to get in contact with Mr. Mathias using his mother's phone number. Several voice mails were left and no response has been received.

On April 15, 2020, the undersigned was able to contact his grandmother. She reported, Mr. Mathias had not been around or seen for several days. She last saw Mr. Mathias on or about April 11, 2020. She, nor his mother, knew of his current whereabouts. Mr. Mathias appears to have absconded and has not notified the undersigned officer of a change in residency.

| | |
|---|---|
| 6 | **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. Mathias failed to attend and participate in his admit appointment at Pioneer Human Services (PHS) on March, 26, 2020, as directed. He was directed to reschedule said appointment and participate as directed, but at the present time, it appears he has not rescheduled the appointment.

On March 16, 2020, the conditions of supervision were reviewed with Mr. Mathias relative to case number 2:11CR00024-JLQ-1. He signed his judgment acknowledging an understanding of his conditions of supervised release.

On March 20, 2020, the undersigned officer confirmed with Pioneer Human Services that Mr. Mathias was scheduled to attend an admit appointment with staff. On March 24, 2020, the undersigned officer conducted a virtual home contact with Mr. Mathias, and the offender was reminded to attend and participate in the admit appointment, as directed.

Staff at PHS confirmed that Mr. Mathias did not participate in his admit appointment, despite staff attempting to contact him.

On April 9, 2020, the undersigned officer gave Mr. Mathias the phone number for PHS and directed him to reschedule, however, at this time it appears he has not.

| | |
|---|---|
| 7 | **Special Condition #4:** You shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing as directed by the supervising officer but no more than 6 tests per month in order to confirm continued abstinence from these substances. |

Prob12C
Re: Mathias, Anthony J.
April 15, 2020
Page 3

**Supporting Evidence:** Mr. Mathias failed to appear for random urinalysis testing on April 8 and 13, 2020.

On March 16, 2020, the conditions of supervision were reviewed with Mr. Mathias relative to case number 2:11CR00024-JLQ-1. He signed his judgment acknowledging an understanding of his conditions of supervised release.

On April 8 and 13, 2020, the color of the day for urinalysis testing was Gold 2, Mr. Mathias' assigned color for urinalysis testing. On both dates, Mr. Mathias failed to appear for random urinalysis testing.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/15/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

4/15/2020
Date