PROB 12C
(6/16)

Report Date:  April 21, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 22, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony J. Mathias                Case Number: 0980 2:11CR00024-JLQ-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: October 7, 2011

Original Offense:          Burglary in Indian Country, 18 U.S.C. § 1153

| | | |
|---|---|---|
| Original Sentence: | Prison - 66 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(June 15, 2018) | Prison - 9 months<br>TSR - 24 months | |
| Revocation Sentence:<br>(July 17, 2019) | Prison - 6 months<br>TSR - 21 months | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: December 17, 2019 |
| Defense Attorney: | Andrea K. George | Date Supervision Expires: September 16, 2021 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/19/2019, 01/22/2020, 03/16/2020 and 04/15/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. Mathias failed to attend his admit appointment for drug and alcohol treatment at Pioneer Human Services (PHS) on April 16, 2020.

On March 16, 2020, the conditions of supervision were reviewed with Mr. Mathias relative to case number 2:11CR00024-JLQ-1.  He signed his judgment acknowledging an understanding of his conditions of supervised release.

Prob12C
**Re: Mathias, Anthony J.**
**April 21, 2020**
**Page 2**

On April 16, 2020, PHS notified the undersigned officer that Mr. Mathias failed to participate in his admit appointment. Furthermore, PHS staff advised he did not answer any of their attempted phone calls.

9          **Special Condition #4:** You shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing as directed by the supervising officer but no more than 6 tests per month in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Mathias is alleged to have used methamphetamine and morphine on April 20, 2020.

On March 16, 2020, the conditions of supervision were reviewed with Mr. Mathias relative to case number 2:11CR00024-JLQ-1. He signed his judgment acknowledging an understanding of his conditions of supervised release.

As noted in the previous petition dated April 15, 2020, the undersigned officer had made several attempts to make contact with Mr. Mathias on the phone. At approximately 7 p.m. on April 17, 2020, Mr. Mathias reached out to the undersigned officer apologizing for not getting in contact sooner. He stated he was "dealing with a headache like no other." This officer directed him to provide a urinalysis test on April 20, 2020, at PHS.

On April 20, 2020, Mr. Mathias provided a urine sample, as directed, at PHS and it was presumptive positive for methamphetamine and morphine. The sample was sent to Alere Toxicology for further confirmation.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/21/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Mathias, Anthony J.**
**April 21, 2020**
**Page 3**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]    Defendant to appear before the Judge assigned to the
       case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

_____4/22/2020_____

Date