PROB 12C
(6/16)

Report Date: September 3, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 03, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony J. Mathias        Case Number: 0980 2:11CR00024-WFN-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 7, 2011

| | | |
|---|---|---|
| Original Offense: | Burglary in Indian Country, 18 U.S.C. § 1153 | |
| Original Sentence: | Prison - 66 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(June 15, 2018) | Prison - 9 months<br>TSR - 24 months | |
| Revocation Sentence:<br>(July 17, 2019) | Prison - 6 months<br>TSR - 21 months | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced:  December 17, 2019 |
| Defense Attorney: | Andrea K. George | Date Supervision Expires: September 16, 2021 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/19/2019, 01/22/2020, 03/16/2020,  04/15/2020, and  4/22/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Mandatory Condition # 1**: You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Mathias violated his terms of supervised release on September 1, 2020, as he committed a new law violation, attempt to elude a police vehicle, in Spokane, Washington.<br><br>On March 16, 2020, the conditions of supervision were reviewed with Mr. Mathias relative to case number 2:11CR00024-JLQ-1, now 2:11CR00024-WFN-1.  He signed his judgment acknowledging an understanding of his conditions of supervised release.<br><br>According to the police report filed by the Spokane Police Department, case number 2020-20153043, a police officer conducted a traffic stop on a vehicle driven by Mr. Mathias. When the officer approached the vehicle, Mr. Mathias looked at the officer and said "see |

ya," and sped off in the vehicle. Mr. Mathias was driving too extreme and was endangering citizens near Gonzaga University, therefore, the police officer discontinued his attempt to stop Mr. Mathias. Citizens in the area were able to confirm which direction Mr. Mathias had fled, and they also confirmed he was driving in clear disregard for the safety of the community.

Several minutes later, police located Mr. Mathias parked in a residential driveway, and the officer activated his emergency lights. Mr. Mathias yet again maneuvered his vehicle out of the driveway and fully accelerated. He was tracked driving at extreme speeds, at one point traveling 78 miles per hour in a 30 mile-per-hour zone. Mr. Mathias sped throughout the Spokane area until police located him standing outside his vehicle, gathering items from inside. An officer activated his emergency lights and Mr. Mathias got back inside the vehicle and began to back away, but another officer was able to pull behind Mr. Mathias' car and box him in.

Mr. Mathias was detained and explained to the officers that he had eluded capture as he has a severe heroin addiction and did not want to go back to jail.

11    **Mandatory Condition # 1**: You must not commit another federal, state, or local crime.

**Supporting Evidence**: It is alleged that Mr. Mathias violated his terms of supervised release on or about June 9, 2020, as he committed a new law violation, attempt to elude a police vehicle, within the external boundaries of the Colville Reservation.

On March 16, 2020, the conditions of supervision were reviewed with Mr. Mathias relative to case number 2:11CR00024-JLQ-1, now 2:11CR00024-WFN-1. He signed his judgment acknowledging an understanding of his conditions of supervised release.

On June 9, 2020, an officer with the Colville Tribal Police Department was on patrol within the external boundaries of the Colville Reservation. The officer observed several vehicles parked in front of a residence, to include some on the road. The officer ran the license plate belonging to a blue Chevy Trailblazer, and the plates did not match. The vehicle was occupied and the officer activated the emergency lights to speak with the vehicle's occupant. When the officer approached the vehicle, it sped off and continued up to speeds of 80 miles per hour, and was passing vehicles in non-passing zones. The vehicle then turned into a yard and the male occupant fled on foot. Officers gave chase and the male continued to flee on foot, crossing a creek and up an embankment. Multiple calls came into 911 regarding a male attempting to get into a residence through the back door.

In the suspect vehicle, was property of Mr. Mathias', and the vehicle was registered to Mr. Mathias' girlfriend. The responding officers have had prior contact with Mr. Mathias and he matched the description of the fleeing suspect. In addition, on a previous contact an individual confirmed Mr. Mathias was driving the vehicle in question.

A warrant was issued for Mr. Mathias in this matter on June 24, 2020, and remains outstanding.

12    **Mandatory Condition # 1**: You must not commit another federal, state, or local crime.

Prob12C
Re: Mathias, Anthony J.
September 3, 2020
Page 3

**Supporting Evidence**: It is alleged that Mr. Mathias violated his terms of supervised release on or about July 7, 2020, as he committed a new law violation, first degree robbery, on the Colville Reservation.

On March 16, 2020, the conditions of supervision were reviewed with Mr. Mathias relative to case number 2:11CR00024-JLQ-1, now 2:11CR00024-WFN-1. He signed his judgment acknowledging an understanding of his conditions of supervised release.

On or about July 7, 2020, deputies with the Okanagan County Sheriff's Office were informed of a robbery that had just occurred. Mr. Mathias was identified as the suspect, along with two other males. Mr. Mathias and another male had pulled a gun on an individual and searched the individual's pockets. Mr. Mathias pointed the gun to the individual's chest and took $600 from the individual's pockets. Mr. Mathias and the other suspects were also seen taking tools and laptops from the location. The security system's hard drive was also stolen from the location.

A probable cause warrant was issued for Mr. Mathias in this matter on July 8, 2020.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/03/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS
[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

9/3/2020
Date