PROB 12C
(6/16)

Report Date: June 2, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony J. Mathias                Case Number: 0980 2:11CR00024-WFN-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Name of Sentencing Judicial Officer: The Honorable Justin L. Quakenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 7, 2011

| | | |
|---|---|---|
| Original Offense: | Burglary in Indian Country, 18 U.S.C. § 1153 | |
| Original Sentence: | Prison - 66 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(June 15, 2018) | Prison - 9 months;<br>TSR - 24 months | |
| Revocation Sentence:<br>(July 17, 2019) | Prison - 6 months;<br>TSR - 21 months | |
| Revocation Sentence:<br>(June 23, 2021) | Prison - 10 months;<br>TSR - 11 months | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: February 18, 2022 |
| Defense Attorney: | Andrea K. George | Date Supervision Expires: January 17, 2023 |

## PETITIONING THE COURT

To issue a warrant.

On February 22, 2022, the conditions of supervision were reviewed with Mr. Mathias. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

      1    **Mandatory Condition #3**: You must refrain from the unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court

Prob12C
Re: Mathias, Anthony J.
June 2, 2022
Page 2

**Supporting Evidence**: It is alleged Mr. Mathias is in violation of his conditions of supervised release by using methamphetamine, heroin, and fentanyl on or around May 29, 2022.

On May 31, 2022, Mr. Mathias reported to the probation office. A urinalysis test was collected which was presumptive positive for methamphetamine, morphine and fentanyl. Mr. Mathias signed an admission form admitting he used methamphetamine and heroin on or around May 29, 2022. Mr. Mathias could not recall using fentanyl and denied consuming it. The urine sample was sent to Alere Toxicology for further testing.

2   **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mr. Mathias is in violation of his conditions of supervised release for failing to submit to random urinalysis testing as directed on April 18, May 10, and May 20, 2022.

On April 18, May 10, and May 20, 2022, the color of the day for urinalysis testing at Pioneer Human Services was brown, Mr. Mathias' assigned color for urinalysis testing. On the above-mentioned dates, Mr. Mathias failed to appear as directed for urinalysis testing.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 2, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

6/2/2022
Date