PROB 12C
(6/16)

Report Date: June 13, 2022

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2022

SEAN F. McAVOY, CLERK

Name of Offender: Anthony J. Mathias     Case Number: 0980 2:11CR00024-WFN-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Justin L. Quakenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 7, 2011

| | | |
|---|---|---|
| Original Offense: | Burglary in Indian Country, 18 U.S.C. § 1153 | |
| Original Sentence: | Prison - 66 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (June 15, 2018) | Prison - 9 months; TSR - 24 months | |
| Revocation Sentence: (July 17, 2019) | Prison - 6 months; TSR - 21 months | |
| Revocation Sentence: (June 23, 2021) | Prison - 10 months; TSR - 11 months | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: February 18, 2022 |
| Defense Attorney: | Andrea K. George | Date Supervision Expires: January 17, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/02/2022.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #3**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: It is alleged Mr. Mathias is in violation of his conditions of supervised release by ingesting morphine on or about June 6, 2022. |

Prob12C
Re: Mathias, Anthony J.
June 13, 2022
Page 2

On June 6, 2022, Mr. Mathias reported to the U.S. Probation Office. A urinalysis was collected which was presumptive positive for morphine. Mr. Mathias denied the use of heroin and/or morphine. The urine sample was sent to the contract laboratory for further testing and was later confirmed positive for morphine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  June 13, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

6/14/2022
Date