PROB 12C
(6/16)

Report Date: July 6, 2022

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony J. Mathias         Case Number: 0980 2:11CR00024-WFN-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Justin L. Quakenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 7, 2011

| | | |
|---|---|---|
| Original Offense: | Burglary in Indian Country, 18 U.S.C. § 1153 | |
| Original Sentence: | Prison - 66 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (June 15, 2018) | Prison - 9 months; TSR - 24 months | |
| Revocation Sentence: (July 17, 2019) | Prison - 6 months; TSR - 21 months | |
| Revocation Sentence: (June 23, 2021) | Prison - 10 months; TSR - 11 months | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: February 18, 2022 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: January 17, 2023 |

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/02/2022, and 06/13/2022.

On February 22, 2022, the conditions of supervision were reviewed with Mr. Mathias. He signed his judgment acknowledging an understanding of his conditions of supervision. In addition, a supervised release revocation hearing was held on June 21, 2022, and Mr. Mathias was ordered to complete an inpatient treatment program.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to |

Prob12C
Re: Mathias, Anthony J.
July 6, 2022
Page 2

your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged that Mr. Mathias is in violation of his conditions of supervised release by being unsuccessfully discharged from inpatient treatment at Pioneer Center East (PCE) on July 6, 2022.

On June 21, 2022, a supervised release revocation hearing was held and Mr. Mathias asked the Court for an opportunity to participate in inpatient treatment. The Court granted his request and ordered him to complete an inpatient treatment program. On June 30, 2022, Mr. Mathias released from custody and entered into inpatient treatment at PCE.

On July 6, 2022, the undersigned officer received a telephone call from PCE staff advising that Mr. Mathias assaulted another resident, sending the resident to the emergency room. Due to Mr. Mathias' assaultive and aggressive behavior, he was unsuccessfully discharged this date.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 6, 2022

s/Corey M. McCain

Corey M McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition
       with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

7/6/2022
Date